No. 10–10875. WILLIAMS v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 932. Motion for leave to file petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 11–6532. IN RE RUIZ RIVERA, *ante*, p. 1033; and

No. 11–6576. LIGONS v. KING, WARDEN, *ante*, p. 992. Motion for leave to file petition for rehearing denied.

JANUARY 20, 2012

No. 11A674. TENNANT, SECRETARY OF STATE OF WEST VIRGINIA, ET AL. v. JEFFERSON COUNTY COMMISSION ET AL. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted, and it is ordered that the judgment of the United States District Court for the Southern District of West Virginia, case No. 2:11–cv–0989, entered January 3, 2012, and amended January 4, 2012, is stayed pending the timely filing and disposition of an appeal to this Court.